UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SALADIN J. GIPSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:21 CV 71 |
| UNITED STATES STEEL CORPORATION and UNITED STEELWORKERS 6103 LOCAL CO., | ) |
| Defendants. | ) |

## O R D E R

This court previously referred defendants' motion to impose the discovery sanction of dismissal (DE # 28) to Magistrate Judge John E. Martin for a report and recommendation. (DE # 31.) Magistrate Judge Martin recommended that the court impose other sanctions (DE # 32), and this court adopted that recommendation after the time for objections expired. (DE # 47.)

Plaintiff then asked Magistrate Judge Martin to reconsider his report and recommendation regarding sanctions. (DE # 87.) Magistrate Judge Martin promptly did so, and issued a new recommendation. (DE # 89.) No objections have been filed. Accordingly, the court adopts Magistrate Judge Martin's second recommendation (DE # 89) and modifies this court's own order regarding sanctions (DE # 47) in the following way: plaintiff is permitted to conduct discovery in accordance with the deadlines set forth by the court on May 30, 2024.

SO ORDERED.

Date: August 7, 2024

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT