UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Saladin J. Gipson, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-00071 JTM-JEM |
| | ) |
| United States Steel Corporation and United Steelworkers Local 6103, | ) |
| Defendants. | ) |

**Motion of Defendant United Steelworkers Local 6103 for Summary Judgment**

Defendant United Steelworkers Local 6103 hereby moves for summary judgment in this case. These are the reasons for the Motion:

1. Plaintiff complains that the Union settled his grievances, which included a grievance over his discharge, instead of taking them to arbitration. He alleges that the Union did this because of his race. The undisputed facts, though, show that the Union settled his grievances because it believed that they did not have the merit to prevail at arbitration.

2. Plaintiff cannot identify any Caucasian employee that the Union treated better than him because of the employee's race.

3. The decision to settle Plaintiffs grievances was made by the International Union, not Local 6103. However, the International Union is not a party to this case and is a separate labor organization. Plaintiff's claim against Local 6103 should therefore be dismissed. Wherefore, Defendant United Steelworkers Local 6103 respectfully requests that the Court grant summary judgment in its favor in this case.

          Respectfully submitted

          /s/Stephen A. Yokich

Dowd, Bloch, Bennett, Cervone
    Auerbach & Yokich
8 South Michigan, 19th Floor
Chicago, Illinois 60603

312-286-6723 (cell)
312-372-6599 (fax)

Syokich@laboradvocates.com

*Attorneys for United Steelworkers Local 6103*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and accurate copy of the foregoing **Defendant United Steelworkers Local 6103 Motion for Summary Judgment** to be served on the individuals listed below by causing the foregoing to be electronically filed using the CM/ECF filing system on April 9, 2025.

> Dorothy McDermott
> Zachary Ahonen
> Chad Holler
> JACKSON LEWIS P.C.
> 211 North Pennsylvania Street Suite 1700
> Indianapolis, Indiana 46204
>
> Dorothy.mcdermott@jacksonlewis.com
> Zachary.ahonen@jacksonlewis.com
> Chad.holler@jacksonlewis.com
>
>
> Georgianna Tutwiler
> Christopher Cody
> HUME SMITH GEDDES GREEN & SIMMONS LLP
> 54 Monument Circle, 4th Floor
> Indianapolis, Indiana 46204
>
> gquinn@humesmith.com
> ccody@humesmith.com

/s/Stephen A. Yokich