UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SALADIN J. GIPSON,           )<br>                              )<br>         Plaintiff,           )<br>                              )  CAUSE NO. 2:21-cv-00071-JTM-JEM<br>    v.                        )<br>                              )<br>U.S. STEEL CORPORATION and    )<br>UNITED STEEL WORKERS 6103     )<br>LOCAL CO.,                    )<br>                              )<br>         Defendants.          ) | |

**DEFENDANT'S THIRD AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendant, United States Steel Corporation, by counsel, hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and General Order 2023-06:

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United States Steel Corporation hereby certifies that Nippon Steel North America, Inc., owns 100% of its common stock and Nippon Steel North America's parent corporation is Nippon Steel Corporation.

2. No insurance carrier is liable in whole or in part (directly or indirectly) for a judgment in this action or for the cost of defense.

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as Plaintiff has alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. [Dkt. 1 at ¶ 2].

Respectfully submitted,

*/s/ Dorothy D. McDermott*
Dorothy D. McDermott
Zachary A. Ahonen
Chad H. Holler
JACKSON LEWIS P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, IN 46204

Tel: (317) 489-6930
Fax: (317) 489-6931
*dorothy.mcdermott@jacksonlewis.com*
*zachary.ahonen@jacksonlewis.com*
*chad.holler@jacksonlewis.com*

Rodney M. Torbic
US Steel Corporation - 1500
Law Department
600 Grant Street, Room 1500
Pittsburgh, PA 15219-2800
*rmtorbic@uss.com*

Attorneys for Defendant,
*United States Steel Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Georgianna Q. Tutwiler | Stephen A. Yokich |
| Christopher D. Cody | DOWD, BLOCH, BENNETT, CERVONE, AUERBACH |
| Hume Smith Geddes Green & Simmons LLP | & YOKICH |
| 54 Monument Circle, 4th Floor | 8 South Michigan Avenue, 19th Floor |
| Indianapolis, IN 46204 | Chicago, IL 60603 |
| *gquinn@humesmith.com* | *syokich@laboradvocates.com* |
| *ccody@humesmith.com* | |

                                 */s/ Dorothy D. McDermott*
                                 Dorothy D. McDermott

4929-2124-7057, v. 1